**Gertrude ISAAC, Appellant**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, et al., Appellees.**

No. 11–5050.

United States Court of Appeals, District of Columbia Circuit.

June 21, 2011.

Rehearing En Banc Denied July 21, 2011.

Gertrude Isaac, Lubbock, TX, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

Before: SENTELLE, Chief Judge, and ROGERS and GRIFFITH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's February 10, 2011, decision be affirmed. The district court properly dismissed appellant's complaint as frivolous. *See, e.g., Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.